THE BICKFORD & HUFFMAN COMPANY, Respondent, *v.*
FREDERICK GLEASON, Appellant.

*Bickford & Huffman Co.* v. *Gleason,* 67 App. Div. 624, affirmed.
(Argued February 17, 1903; decided March 3, 1903.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
December 3, 1901, affirming a judgment in favor of plaintiff
entered upon a decision of the court at a Trial Term without
a jury.

*William F. Lynn* for appellant.

*Joseph W. Taylor* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, VANN and CULLEN, JJ.

---

VILLAGE OF MECHANICVILLE, Respondent, *v.* STILLWATER AND
MECHANICVILLE STREET RAILWAY COMPANY, Appellant.

*Village of Mechanicville* v. *Stillwater & M. St. Ry. Co.,* 67 App. Div.
628, affirmed.
(Argued February 18, 1903; decided March 6, 1903.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
January 9, 1902, affirming a judgment in favor of plaintiff
entered upon a decision of the court on trial at Special Term.

*Joseph A. Kellogg* and *Thomas O'Connor* for appellant.

*D. A. Lockwood* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, VANN and CULLEN, JJ.